STATE, *ex rel.* MCKINNEY BARTON, v. STATE RACING COMMISSION, *et al.*

156 So. 910.
Order Entered October 10, 1934.

*Bussey, Mann* and *Barton, McKinney Barton* and *W. J.. Oven* for Relator;

*Cary D. Landis,* Attorney General, and *Robert J. Pleus,.* Assistant, for the Respondents.

PER CURIAM.—In this case the right of the relator in mandamus to maintain this proceeding in mandamus with respect to the particular things commanded to be done by the State Racing Commission appearing to this Court to be doubtful in the light of what is shown by the pleadings, it is ordered that the motion to quash the alternative writ be granted.

DAVIS, C. J., and WHITFIELD, ELLIS, TERRELL, BROWN and BUFORD, J. J., concur.